USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKUSIA EVANS,

    Plaintiff,

-against-

U.S. DEPARTMENT OF EDUCATION,

    Defendant.

19-CV-10896 (LTS)

ORDER OF SERVICE

LAURA TAYLOR SWAIN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant U.S. Department of Education. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: December 4, 2019
New York, New York

_____
LAURA TAYLOR SWAIN
United States District Judge