UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AKUSIA EVANS,

                                                No. 19 CV 10896-LTS-DCF

                Plaintiff,

      -against-

UNITED STATES DEPARTMENT OF
EDUCATION,

                Defendant.
-------------------------------------------------------x

## ORDER

        The Court has been informed that Plaintiff has not received a copy of the Court's Order dated October 6, 2020 (Docket Entry No. 10), which directed Plaintiff to effect proper service upon Defendant, in accordance with Federal Rule of Civil Procedure 4(i)(2), no later than December 18, 2020, and directed the Clerk of Court to mail to Plaintiff a copy of that Order, together with an amended summons and new service packet. It appears that the Court may not have mailed those documents to Plaintiff.

        Plaintiff's time to complete service in this action is hereby extended to **January 29, 2021**. The Clerk of Court is directed to mail copies of this Order and the Court's Order dated October 6, 2020 (Docket Entry No. 10), together with an amended summons and new service packet, to Plaintiff.

        SO ORDERED.

Dated: New York, New York
       December 30, 2020

                                                                    /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge